UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE CALACETO,<br><br>Plaintiff,<br><br>v.<br><br>RICHARDSON BAY REGIONAL AGENCY, et al.,<br><br>Defendants. | Case No. 23-cv-04487-TLT<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 57 |

On August 15, 2024, the Court set a further Case Management Conference to take place on December 5, 2024, with a Joint Case Management Statement due on November 27, 2024. ECF 50.

The Parties submitted their Joint Case Management Statement late, on December 2, 2024, after an order to show cause from the Court. ECF 55 (Order to Show Cause); ECF 56 (Joint Case Management Statement).

Plaintiff failed to appear for the Thursday, December 5, 2024 further Case Management Conference. ECF 57. Plaintiff only relayed to the Court that she was unavailable after Defendant called her during the Case Management Conference.

The Court hereby **ORDERS** the Plaintiff to show cause at least 10 days prior to the next conference the reason for missing the further Case Management Conference and not providing the Court and counsel with advance notice; the identity of FNU Doe and whether Doe is the Transferer, Warren; whether the Plaintiff was given 10 days notice or less of the removal of the vessel, and whether this matter should be heard in state court. The Court also asked the defendant whether any motions will be filed in this case. The matter is continued to **Thursday, January 30, 2025**, at 2:00 PM by videoconference for a hearing on the Order to Show Cause and .

**IT IS SO ORDERED.**

Dated: December 8, 2024

_____
TRINA L. THOMPSON
United States District Judge

2