UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE CALACETO,<br>　　　　Plaintiff,<br>　　v.<br>RICHARDSON BAY REGIONAL AGENCY, et al.,<br>　　　　Defendants. | Case No. 23-cv-04487-TLT<br><br>ORDER TO SHOW CAUSE<br><br>HEARING DATE: MAY 20, 2025, 2:00 PM<br><br>[IN PERSON]<br><br>Re: Dkt. No. 77, 79 |

On May 20, 2025, Defendant filed a Motion to Dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was April 29, 2025.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the Court's previous order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." *See also*, Fed. Rules of Civ. Proc. 41 (b).

Accordingly, Plaintiff is ordered on or **before May 19, 2025, 1) to file an opposition** or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed.

Should an opposition be filed by May 19, 2025, Defendant may file a reply on or before May 23, 2025.

**The parties are ordered to appear in Department 9 on May 20, 2025.**

Absent good cause, failure to file a response and failure to appear on the date of the scheduled hearing date may result in a dismissal for failure to prosecute. *See*, Fed. Rules of Civ. Proc. 41(b).

//

1  Plaintiff is encouraged to seek free legal assistance from the Legal Help Center located in
2  the San Francisco courthouse. The Legal Help Center will not represent you as your lawyer but
3  can provide basic legal assistance at no cost. You can schedule an appointment by calling 415-
4  782-8982 or emailing FedPro@sfbar.org. You can find more information at
5  https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide Representing Yourself
6  in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed
7  at every stage of the case, including discovery, motions, and trial. You can access it online
8  (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-
9  2024_MBB.pdf ) or in hard copy free of charge from the Clerk's Office.

10  IT IS SO ORDERED.

11  Dated: May 16, 2025

_____
TRINA L. THOMPSON
United States District Judge

2